**DISMISSED; Opinion Filed March 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01313-CV

### MD MOSTAFA KAMAL, Appellant
### V.
### MASUMA KHATUN, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV18-00547-V**

# MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Appellant's brief has not been filed despite appellant being cautioned that failure to file the brief by February 15, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1).

Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

181313F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MD MOSTAFA KAMAL, Appellant

No. 05-18-01313-CV     V.

MASUMA KHATUN, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV18-00547-V.
Opinion delivered by Justice Carlyle.
Justices Bridges and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MASUMA KHATUN recover her costs, if any, of this appeal from appellant MD MOSTAFA KAMAL.

Judgment entered this 4th day of March, 2019.